IN THE UNITED STATES DISTRICT COURT
         FOR THE NORTHERN DISTRICT OF ILLINOIS
                    EASTERN DIVISION

WILLIAM J. WIEMANN, etc.,           )
                                    )
              Plaintiff,             )
                                    )
     v.                              )
                                    )
MICHAEL GUARISE,                    )
                                    )
              Defendant and          )    No. 09 C 121
              Counterplaintiff,      )
                                    )
     v.                              )
                                    )
WILLIAM WIEMANN, et al.,            )
                                    )
              Counterdefendants.     )

                      MEMORANDUM ORDER

     William Wiemann, individually and doing business as Bill
Wiemann Motor Sports, LLC, and Bill Wiemann Sports, Inc.
(collectively "Wiemann," treated as a singular noun after this
sentence) have filed an Answer to the First Amended Counterclaim
brought by Michael Guarise ("Guarise"). This memorandum order is
issued sua sponte because what Wiemann has labeled as
"affirmative defenses" ("ADs") that appear following the Answer
itself do not comport with the concept embodied in Fed. R. Civ.
P. ("Rule") 8(c) and the caselaw construing that Rule (see also
App. ¶5 to State Farm Mut. Auto. Ins. Co. v. Riley, 199 F.R.D.
276, 278 (N.D. Ill. 2001)).

     Instead of accepting Guarise's allegations as true and going
on to explain why his claim should nonetheless fail, the
purported ADs advance assertions that conflict directly with

Guarise's allegations. Thus AD 1 is at odds with the entire thrust of the Counterclaim; AD 1 impermissibly contradicts Counterclaim ¶¶19 and 20 (among others); AD 3 is in total conflict with Counterclaim ¶19; and AD 4, like AD 1, is inconsistent with the Counterclaim's allegations. Accordingly all four ADs are stricken, although the Answer itself stands.

_____
Milton I. Shadur
Senior United States District Judge

Date: May 7, 2009